TERI McCLAIN

vs.

William B. McConnell Unit

IN THE UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

C-00-038

United States District Court
Southern District of Texas
FILED

JAN 28 2000

Michael N. Milby, Clerk

## Motion For An Investigation And Hearing

COMES NOW TERI McCLAIN, Plaintiff in the above cause. I am serving a 10 YEAR sentence for Poss. w/I Del C/S Cocaine conviction in the month of JUNE, 1994. I am serving this time in the Department of Criminal Justice Institutional Division, State of Texas. The reason for this motion will show the following:

### I

The plaintiff has been harassed each day by T.D.C.J. guards and he's in fear of them provoking him into disciplinary action taken against him.

Plaintiff also states that the guards are retaliating against him for writing grievances against these officers, family members, supervisors and friends that work on the Unit.

### II

Plaintiff states that the guards also tells him that they will lie on him and have him to lose his class and good-time. This means that he's in fear of these guards and he's in fear when leaving his dorm or cell (ch.13 18 § 241 U.S.C.A. C.C.P.) because they are after him for no reason.

### III

The plaintiff is requesting that the F.B.I. and U.S. Attorney conduct this investigation because Internal Affairs conducts only partial and bias investigations, which consist of questioning the accused who simply deny all allegations - end of investigation.

## PRAYER

Wherefore, premises considered, the plaintiff prays that this Honorable Court will see the need of this Motion for Investigation to be granted and allow the F.B.I. and U.S. Attorney to proceed with such action as they see fit. So hope and pray this motion be granted.

## VERIFICATION

I Jeri McClain T.D.C.J. #690295 being the author of this document and hereby incarcerated in the Texas Dept. of Crim. Justice Inst. Div. say the foregoing and aforesaid is both true and correct.

Respectfully submitted,

Jeri McClain
T.D.C.J-ID #690295
3001 S. Emily Dr.
Beeville, Tx.
78102