United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERI McCLAIN | § | |
| | § | |
| v. | § | C. A. NO. C-00-038 |
| | § | |
| WILLIAM B. McCONNELL UNIT | § | |

## ORDER

Plaintiff has filed a Motion for an Investigation and Hearing (D.E. 1), in which he complains that he has been harassed and retaliated against for filing grievances. It appears that plaintiff intends to complain that his constitutional rights have been violated. The clerk shall send plaintiff a blank complaint form for filing a civil rights lawsuit. Plaintiff may fill in the form, add the above cause number, and file it with the clerk within 30 days if he desires to prosecute a civil rights lawsuit.

His motion (D.E. 1) is DENIED without prejudice pending receipt of a complaint setting forth the basis for his claims.

SIGNED this _____ day of February 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE