UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
~~HOUSTON~~ *Corpus Christi* DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JERI McCLAIN, | § | |
| PETITIONER, PRO SE, | § | |
| V. | § | CIVIL ACTION NO. |
| | § | CA-C-00-038.. |
| WILLIAM B. McCONNELL UNIT | § | |
| RESPONDENT'S ET AL: | § | |
| TEXAS DEPARTMENT OF CORRECTIONS | | |

## MOTION FOR VOLUNTARY DISMISSAL OF PENDING MOTION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JERI McCLAIN, PETITIONER IN THE ABOVE CAUSE, AND FILES THIS HIS MOTION TO VOLUNTARY DISMISS PENDING MOTION BEFORE THIS COURT, AND WILL RESPECTFULLY SHOW THE COURT THE FOLLOWING AS SUPPORT THEREOF:

### JURISDICTION

PURSUANT TO THE U.S.C.A. CIVIL CODES AND PROCEDURES, RULE No. (41), SUBJECT TO THE PROVISIONS OF RULE 23(E), OF RULE (66), THIS COURT HAS JURISDICTION OVER BOTH THE PARTIES INVOLVED, AND THE SUBJECT MATTER AT BAR.

I JERI McCLAIN, HEREBY DECLARES, I AM THE PETITIONER IN THE MATTER BROUGHT BEFORE THIS COURT IN THE ABOVE STYLED CASE, AND FOR REASONS IN THE INTEREST OF JUSTICE DO HEREBY REQUEST THIS COURT TO DISMISS THIS ACTION WITHOU PREJUDICE.

I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY,.. FEBRUARY *09* , 2000.

JERI McCLAIN, PETITIONER PRO SE

5.