United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERI McCLAIN | § | |
| | § | |
| V. . | § | C.A. NO. C-00-038 |
| | § | |
| WILLIAM B. McCONNELL UNIT | § | |

### ORDER OF DISMISSAL

The Petitioner has filed a Motion for Voluntary Dismissal of Pending Motion in which he requests the Court to dismiss this action without prejudice.

IT IS THEREFORE ORDERED that this cause is dismissed without prejudice.

ORDERED this _17th_ day of February, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE