United States District Court
Southern District of Texas
ENTERED

FEB 1 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JERI McCLAIN | § | |
| | § | |
| V. | § | C.A. NO. C-00-038 |
| | § | |
| WILLIAM B. McCONNELL UNIT | § | |

## FINAL JUDGMENT

A final judgment of dismissal without prejudice is hereby

entered against Petitioner.

ORDERED this _____17ᵈ_____ day of February, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE